UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **JOHNNY L. BLACK** § | | CIVIL ACTION NO. |
|     **Plaintiff** § | | 2:13-CV-00129 JRG |
| § | | |
| vs § | | JUDGE: GILSTRAP |
| § | | |
| **MARSHALL POTTERY, INC.** § | | |
|     **Defendant** § | | |
| § | | |

## JOINT NOTICE OF RESOLUTION

Plaintiff and Defendant announce to the Court that the matters in controversy between the Parties have been resolved and compromised and request the following:

1. That the Parties be excused from the requirements of the *Docket Control Order* (Document 9);

2. That ruling upon Plaintiff's Motion to Compel (Document 14) be stayed and the opposition deadline set forth in the Order regarding same (Document 15) be set aside;

3. The Parties be granted thirty (30) days to complete the agreement and obligations thereunder and file the appropriate dismissal papers with the Court.

Respectfully Submitted,

By: /s/ Bob Whitehurst
Bob Whitehurst
Texas State Bar #: 21358100
Whitehurst & Whitehurst
5380 Old Bullard Road, Suite 600, #363
Tyler, Texas 75703
PH: 903-593-5588
FX: 214-853-9382
Email: whitehurstlawfirm@yahoo.com

**ATTORNEY FOR PLAINTIFF**

By: /s/ Angella H. Myers
Angella H. Myers
Texas State Bar #: 24027229
The Myers Law Group, L.L.P.
8144 Walnut Hill Lane, Suite 390
Dallas, Texas 75231
PH: 972-781-2400
FX: 972-781-2401
Email: amyers@myerslawllp.com

**ATTORNEY FOR DEFENDANT**