IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

**JOHNNY L. BLACK**

**vs.**  **CIVIL ACTION 2:13-CV-00129 JRG**

**MARSHALL POTTERY, INC.**

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS ALL CLAIMS

Came on to be considered on this day Plaintiff Johnny L. Black's Unopposed Motion for Dismissal of the Case (the "Motion") (Dkt. No. 19) and of any and all claims in the above litigation with prejudice to refiling. After review of the Motion and the Court's consideration, the Court is of the opinion that Plaintiffs Motion should be **GRANTED;**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that each and every claim of Plaintiff Johnny L. Black in the litigation shall be DISMISSED WITH PREJUDICE, and Plaintiffs case is dismissed with prejudice to refiling in its entirety.

All costs of court and attorneys' fees are to be borne by the Party incurring the same

**So ORDERED and SIGNED this 3rd day of January, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE